# United States Bankruptcy Court
## Western District of Tennessee

08-10674

In re  **Aaron David Wilson**
       **Shanna M. Wilson**
                               Debtor(s)

Case No.
Chapter  **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) Aaron David Wilson | S.S.# **xxx-xx-0348** |
| | (W) Shanna M. Wilson | S.S.# **xxx-xx-7889** |
| ADDRESS: | **224 Daniel Drive** | |
| | **Brighton, TN 38011** | |

PLAN PAYMENT: Debtor(s) to pay $ **350.00**  (weekly, every two weeks, semi-monthly, monthly)
PAYROLL DEDUCTION:  OR ( **X** ) DIRECT PAY
BECAUSE:
FIRST PAYMENT DATE: **March 22, 2008**
PLACE OF EMPLOYMENT: **Corrections Corp of America    Spouse's Employer: Unemployed**
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

**MONTHLY PLAN PMT.**

| | | | |
|---|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan  ( ) Included in Plan | | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | | $ **-NONE-** |
| | Child support arrearage amount | | $ |
| PRIORITY CREDITORS: | **-NONE-** | | $ **-NONE-** |

HOME MORTGAGE:   If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**-NONE-**        Ongoing pmt. Begin  **N/A**                                        $ **N/A**
                  Approx. arrearage  **N/A**         Interest  **N/A**  %            $ **N/A**

SECURED CREDITORS;            VALUE            RATE OF          MONTHLY
(retain lien 11 U.S.C. Sec. 1325{a}{5})    COLLATERAL    INTEREST    PLAN PMT.
**GMAC Payment Processing Center**    $  **4,000.00**    **4.00** %    $  **290.00**

UNSECURED CREDITORS:   Percentage to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:  **$18,954.00**

TERMINATION:   Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
**-NONE-**:
**Assumed Leases**
**-NONE-**:

DEBTOR'S ATTORNEY:   **KENNETH L. WALKER 6459**
                     **WALKER LAW OFFICE**
                     **P.O. BOX 530**
                     **80 SOUTH MAIN STREET, SUITE A**
                     **LEXINGTON, TN 38351**
                     **731-968-3356 Fax:731-968-3350**