# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Aaron David Wilson

Shanna M. Wilson

Debtor(s).

Case No.   08−10674   ghb
Chapter   13

Adv. Proc. No.

### NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
### RE FORM, MANNER AND SERVING OF NOTICE

*33* − Motion for Relief from Stay in RE: 2003 Chevrolet Geo Tracker Waive FRBP 4001, Filing Fee Due $150, Filed by Harris P. Quinn on behalf of GMAC LLC f/k/a General Motors Acceptance Corporation (Quinn, Harris)

on June 18, 2008

**NOTICE IS HEREBY GIVEN THAT:**

1.  The hearing to consider the above
shall be held on **July 17, 2008 at  10:00 AM in the United States Bankruptcy Court, 111 S Highland, Room 342, Jackson, TN 38301**

     At the time of the hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of  Hearing  has been served electronically by the Bankruptcy Noticing Center to the following entities:**

**All Parties on Servicing List**

      Service upon any party other than those who received electronic service as noted above shall be the responsibility of the moving party within five (5) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007,9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Internet pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).

**Jed G. Weintraub**
**CLERK OF COURT**

**BY:  Brenda Freeman**

**Date:   June 19, 2008**

[ntchrgcomb2lf005]Order/Notice combined Rel 11−03